## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Patricia O. Becerra,

       Plaintiff,                    Civil 10-1369 (RHK/JJK)

vs.                              **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Wyeth, LLC,

       Defendant.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 13, 2010

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge